UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBRA WILENSKI,

    Plaintiff,

v.                                                   Case No:  2:14-cv-647-FtM-38DNF

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER[1]

This matter is before the Court on Plaintiff Debra Wilenski and Defendant United of Omaha Life Insurance Company's Stipulation of Dismissal With Prejudice filed on March 23, 2015.  (Doc. #23).   Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.   Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Here, the parties stipulate to dismissing the above-captioned case with prejudice and with each side to bear its own attorneys' fees and costs. (Doc. #23). Both parties have signed the stipulation. (Id.) Thus, the Court dismisses this case with prejudice under Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Debra Wilenski and Defendant United of Omaha Life Insurance Company's Stipulation of Dismissal With Prejudice (Doc. #23) is **GRANTED**. The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record